AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Northern District of California

E-filing

| | |
|---|---|
| InspX, a limited liability company <br> *Plaintiff* <br> v. <br> Inspex, Oy, a Finnish limited company, and DOES 1-10, inclusive <br> *Defendant* | Civil Action No. CV 11 4753 HRL |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*
   Inspex, Oy
   Teknologiantie 3
   90590, OULU
   Finland

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:
   Gregory S. Cavallo              Telephone: 415-984-1975        Facsimile: 415-984-1978
   Shopoff & Cavallo, LLP
   44 Montgomery Street, Suite 1670
   San Francisco, CA  94104

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

                                                                   *CLERK OF COURT*

   SEP 28 2011                                                     HELEN ALMACEN
Date: _____                       _____
                                                                   *Signature of Clerk or Deputy Clerk*



AO 440 (Rev. 12/09) Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Mikael Kurth
was received by me on *(date)* September 27, 2011

☐ I personally served the summons on the individual at *(place)* _____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there, on *(date)* _____, and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* Mikael Kurth, who is designated by law to accept service of process on behalf of *(name of organization)* Inspex, Oy 3000 Paradise Rd Las Vegas, NV 89109 on *(date)* September 27, 2011; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:

My fees are $ 125.00 for travel and $ N/A for services, for a total of $ 125.00

I declare under penalty of perjury that this information is true.

Date: 9/29/2011

*Server's signature*

Ken Jamal
*Printed name and title*

**Advance Process Service**
4535 W. Sahara Ave. Ste 112H
Las Vegas, NV 89102
702-369-1125-NV Lic # 696a

Additional information regarding attempted service, etc: Affiant also served the Complaint, Notice of Assignment of Case, and Order Setting Initial Case Management Conference and ADR Deadlines


American LegalNet, Inc.
www.FormsWorkFlow.com