\*\* **E-filed March 8, 2012** \*\*

NOT FOR CITATION

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| InspX,<br><br>        Plaintiff,<br><br>   v.<br><br>Inspex, OY,<br><br>        Defendant.<br>_____/ | No. C11-04753 HRL<br><br>**ORDER TO SHOW CAUSE RE: FAILURE TO PROSECUTE AND VACATING CASE MANAGEMENT CONFERENCE** |

On January 9, 2012, upon plaintiff's unopposed request for a continuance, this Court continued the then-scheduled case management conference to March 13, 2012 to allow parties to continue settlement negotiationns. Docket No. 14. The court ordered the parties to submit a Joint Case Management Conference Statement no later than March 6. Id. No such statement has been filed. Additionally, although defendant Inspex was served on September 27, 2011, it has yet to appear in this action or submit a responsive pleading. See Dkt. No. 5. Accordingly, the Case Management Conference currently set for March 13, 2012 is VACATED. Plaintiff is ORDERED to appear on **April 17, 2012 at 10:00 a.m.** in Courtroom 2, Fifth Floor, United States District Court, 280 S. First Street, San Jose, California, 95113 to show cause why this case should not be dismissed for failure to prosecute.

**IT IS SO ORDERED.**

1 | Dated: March 8, 2012

_____
HOWARD R. LLOYD
UNITED STATES MAGISTRATE JUDGE

1  **C11-04753 HRL Notice will be electronically mailed to:**

2  Gregory Cavallo           greg@shopoffcavallo.com
   James Robinson            james@shopoffcavallo.com
3  Jeffrey Shopoff           jeff@shopoffcavallo.com
   Paul Kirsch               pkirsch@townsend.com

**Counsel are responsible for distributing copies of this document to co-counsel who have not registered for e-filing under the court's CM/ECF program.**

3